AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

DISTRICT OF NEVADA

United States of America )
v. )
DIEGO IVAN GUILLEN-MARTINEZ )  Case No: 3:11-cr-00072-HDM-WGC-3
)  USM No: 46007-048
)
Date of Original Judgment: 05/31/2012 )
Date of Previous Amended Judgment: )  Nisha Brooks-Whittington, AFPD
*(Use Date of Last Amended Judgment if Any)*     *Defendant's Attorney*

## ORDER and MODIFIED JUDGMENT
### REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☑ and stipulation by the parties ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  Sixty-five (65)  months **is reduced to**  Sixty (60) months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  05/31/2012  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  03/10/2015                           *Judge's signature*

Effective Date:  11/01/2015                    Howard D. McKibben, Senior U.S. District Judge
        *(if different from order date)*                      *Printed name and title*